IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC A. WILLIAMS, ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | | Civil Action No. 14-758 |
| ) | | |
| KIMBERLY A. BARKLEY and THE ) | | Magistrate Judge Robert C. Mitchell/ |
| ATTORNEY GENERAL OF THE STATE ) | | District Judge Arthur J. Schwab |
| OF PENNSYLVANIA ) | | |
| Respondents. ) | | |

## O R D E R

ARTHUR J. SCHWAB, United States District Judge.

Petitioner, Eric A. Williams, commences this action pro se on June 13, 2014. The case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D.

In a Report and Recommendation [ECF No. 15] filed on October 6, 2014, it was recommended that petitioner's habeas corpus petition be dismissed and that a certificate of appealability be denied. Petitioner was served with a copy of the Report and Recommendation and was granted until October 23, 2014 to file objections to the Report and Recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B), and Local Rule of Court 72.D.2, and timely filed objections thereto on October 17, 2014. *See* Obj. [ECF No. 16].

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and pleadings thereto, the following Order is entered:

AND NOW this 22nd day of October, 2014,

IT IS HEREBY ORDERED that petitioner's objections are OVERRULED as meritless;

IT IS FURTHER ORDERED that petitioner's habeas corpus petition is DISMISSED, and a certificate of appealability is DENIED;

1

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: *via CM/ECF electronic filing*
Honorable Robert C. Mitchell
United States Magistrate Judge
United States Courthouse

Eric A. Williams
LD 9511
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

All counsel of record *via CM/ECF electronic filing*